UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DORRELL MOTEN, JR. | CIVIL ACTION |
| VERSUS | NO: 15-1548 |
| MARTIN N. GUSMAN, ET AL. | SECTION: R |

## **ORDER**

Plaintiff Dorrell Moten, Jr. filed this *pro se* complaint pursuant to 42 U.S.C. § 1983. Having reviewed *de novo* the complaint,[1] defendant's answer,[2] the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[3] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, plaintiff's section 1983 complaint is DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 24th day of November, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 6.

[2] R. Doc. 10.

[3] R. Doc. 17.